UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
OCT - 7 2021
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) CIVIL NO. 3:21-cv-350-FDW |
| APPROXIMATELY $9,620 IN UNITED STATES CURRENCY SEIZED FROM ANTHONY NELSON VELASQUEZ ON MARCH 19, 2021 AT THE CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DEFAULT JUDGMENT

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Entry of Default Judgment (Doc. 8). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and Order as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $9,620 in United States Currency seized from Anthony Nelson Velasquez on March 19, 2021 at the Charlotte-Douglas International Airport.**

Frank D. Whitney
United States District Judge